379 A.2d 1327

COMMONWEALTH of Pennsylvania, Appellant (at No. 752),

v.

Carolyn WEBB, Appellant (at No. 80) (two cases).

Supreme Court of Pennsylvania.

Argued Nov. 18, 1977.

Decided Nov. 30, 1977.

C. Richard Morton, West Chester, for appellant at No. 80 and appellee at No. 752.

Robert S. Gawthrop, III, Asst. Dist. Atty., for appellant at No. 752 and appellee at No. 80.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, POMEROY, NIX, MANDERINO and PACKEL, JJ.

OPINION

PER CURIAM.

Order affirmed.